# LEVITT & KAIZER
### ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

EMILY GOLUB
of counsel
emilygolublaw@gmail.com

* ADMITTED IN N.Y., FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2020

Via ECF

January 10, 2020

So ordered
1-10-2020
[signature]

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14D
New York NY 10007

Re: United States v. Norman Seabrook,
16 Cr. 467 (AKH)

Dear Judge Hellerstein:

I am writing to request that your Honor modify the terms of Mr. Seabrook's release pending appeal to permit him to travel with his wife from New York to Florida, via air, from January 22 to January 31, 2020 to visit with their daughter, north of Tampa. We will provide Mr. Seabrook's itinerary to the government and Pretrial if approved. The government does not object to this planned travel. Your Honor granted a similar travel application on August 19, 2019 (Doc 312) and such travel was completed uneventfully.

Thank you for considering this request.[1]

Respectfully,

[signature]

Richard Levitt

cc: AUSA Lara Pomerantz (by ECF)
AUSA Martin Bell (by ECF)

---

[1] The district court retains jurisdiction to adjudicate issues relating to bail during the pendency of any appeal. *See* 18 U.S.C. § 3143(c); Fed.R.App.P. 9; *United States v. Hochevar*, 214 F.3d 342, 343-44 (2d Cir. 2000).