UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,  :  **ORDER REGULATING**
:  **PROCEEDINGS**
   -against-  :
:  16 Cr. 467 (AKH)
NORMAN SEABROOK,  :
:
                         Defendant.  :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Court has received and reviewed Defendant's motion submitted April 28, 2020 (ECF No. 317). The Government shall file its response within 10 days of the issuance of this order. Defendant shall then file a reply within 7 days of the Government filing its response.

       SO ORDERED.

Dated:     April 30, 2020              _____/s/_____
            New York, New York         ALVIN K. HELLERSTEIN
                                                     United States District Judge