UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,  :
:
:  **ORDER**
        -against-  :
:  16 Cr 467 (AKH)
NORMAN SEABROOK.  :
:
Defendant.  :
:
:
:
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

Defendant's Motion to Reduce Sentence, ECF No. 340, will be considered following the Government's opposition.  In the meantime, Defendant's date for reporting is enlarged until Tuesday, March 30, 2021.


        SO ORDERED.


Dated:        December 1, 2020
              New York, New York

                                              /s/ Alvin K. Hellerstein
                                        ALVIN K. HELLERSTEIN, U.S.D.J.