**ROGER BENNET ADLER, P.C.**
**COUNSELOR AT LAW**

233 BROADWAY-STE 1800
NEW YORK, N.Y. 10279

TEL. (212) 406-0181
FAX (212) 406-2313

December 18, 2020

**Via ECF**
Hon. Alvin K. Hellerstein
Judge, United States District Court
c/o United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Norman Seabrook</u>
16-cr-467 (AJH)

Dear Judge Hellerstein:

  I write as a followup to my receipt of a November 30, 2020 letter by former U.S. Attorney David Kelley of the Dechert Law Firm, which Assistant U.S. Attorney Martin Bell has provided to me. Please clarify if the case of Defendant Norman Seabrook and that of his co-defendant Murray Huberfeld was transferred to Judge Lewis J. Liman.

  To the extent that the case may have been sent either to a Judicial Case Reassignment Committee (or Chief Judge Colleen McMahon), I respectfully request any written request which the Court may have made to either the Committee, or Chief Judge McMahon.

  I am requesting same because I have an application under Rule 41 for the return of seized property (which I hope to file later this month), and wish to do and be made returnable before the correct judge, pursuant to their Court Rules.

  I will await your response.

Very truly yours,

*[signature]*
Roger Bennet Adler
*Attorney for Defendant Norman Seabrook*

RBA/gr

Cc:

**<u>Via email</u>**
Assistant U.S. Attorney Martin Bell
c/o U.S. Attorney's Office

Mr. Norman Seabrook