# BRACEWELL

April 23, 2021

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**VIA ECF**

The date that defendant is required to report to the facility designated by the Bureau of Prisons is adjourned to May 25, 2021, at 2:00 p.m.

So ordered.
/s/ Hon. Alvin K. Hellerstein
April 25, 2021

Re:  United States v. Norman Seabrook, 16-cr-467

Dear Judge Hellerstein:

As you know, I represented Norman Seabrook at trial. His current counsel, Roger Adler, is unavailable, having had major surgery today. At Mr. Seabrook's request, I therefore write this letter. This afternoon, Mr. Seabrook learned that he has been designated to a Bureau of Prison's facility at Beckley, West Virginia, and is to surrender there on Monday. This was his first notification. The Court had recommended that Mr. Seabrook serve his sentence at Otisville in New York. Placement in West Virginia would make family visits all but impossible and add to the hardship of incarceration. I realize that the Court's role in this matter is limited, but would ask this: would the Court briefly postpone Mr. Seabrook's surrender so that the possibility of a closer-to-New-York placement could be sought?

I thank the Court, as always, for its consideration of this matter.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman
Partner

PS/wr

**Paul Shechtman**
Partner

T: +1.212.508.6107    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com    bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC