<div style="text-align:center">

**ROGER BENNET ADLER, P.C.**
**COUNSELOR AT LAW**

</div>

233 BROADWAY-STE 2340  
NEW YORK, N.Y. 10279

TEL. (212) 406-0181  
FAX (212) 406-2313

February 22, 2022

*Via ECF*  
Hon. Alvin K. Hellerstein  
Senior Judge, United States District Court, S.D.N.Y.  
c/o United States Courthouse  
500 Pearl Street  
New York, New York 10007

Re: <u>Seabrook v. United States (2255)</u>  
(21-cv-08767)

Dear Judge Hellerstein:

  I write as a followup to my February 10th, 2022 letter requesting *inter alia* a status conference, and a judicial directive ordering the Government to file a response to Petitioner's pending 2255 application. Government counsel notes that it has not been judicially directed to file one (Rule 4-b). Respondent has not contended that the legal claims raised by Petitioner are rebutted by the record, and no Affirmation has been filed by Petitioner's trial counsel asserting that Petitioner was fully informed of the Court's disclosed conflict with a Government witness, and knowingly waived it.

  Nor has trial counsel claimed that his failure to elicit testimony (or proffer exhibits) demonstrating that the hedge funds which the C.O.B.A. Board invested in was knowingly misled, and that the accounting firms which were retained to provide accounting services failed to disclose the poor financial plight which their hedge fund clients were experiencing was strategic.

  It is, I note, now some four months since Petitioner's 2255 was filed. Petitioner's habeas corpus rights, pursuant to 28 U.S.C. 2255, should be appropriately respected. The claims raised are both factually detailed, and legally plausible (c.f. *Puglisi v. United States*, 586 F. 3d 209, 218 [2nd Cir. 2009]; Rule 4[b] Section 2255 Rules). Petitioner is entitled to his day in court.

<div style="margin-left:50%">

Very truly yours,

*[signature]*

Roger Bennet Adler  
*Attorney for Petitioner Norman Seabrook*

</div>

RBA/gr

<div style="text-align:center">1</div>

Cc:

**_Via ECF_**
Assistant U.S. Attorney Lara Pomerantz
c/o U.S. Attorney's Office, S.D.N.Y.

**_Via 1st Class Mail_**
Mr. Norman Seabrook
# 77754-054
c/o Beckley Satellite Camp
P.O. Box 350
Beaver, West Virginia 25813