

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2022

**VIA ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*So ordered.*
*11-2-22*
[signature]

Re:   **United States v. Norman Seabrook,**
      **16 Cr. 467 (AKH)**

Dear Judge Hellerstein:

The Government respectfully submits this letter to request that it be permitted to file its response to the defendant's motion for compassionate release by November 21, 2022. The undersigned will be traveling and out of the country from November 4, 2022 through November 15, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   s/
      Lara Pomerantz
      Assistant United States Attorney

cc: Roger Adler, Esq. (by ECF)