UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v. –

NORMAN SEABROOK,

*Defendant.*

JOINT PROPOSED ORDER

16 Cr. 467 (AKH)

WHEREAS, this Court resolved Norman Seabrook's motion on behalf of himself, and his wife, Susan Seabrook, for return of property (Dkt. No. 355) in a memorandum opinion dated March 15, 2021 (Dkt. No. 366);

WHEREAS, pursuant to the Court's order within that opinion, the parties have conferred regarding this Joint Proposed Order;

WHEREAS the Government has previously applied the $21,000, identified in the Court's memorandum opinion, to the restitution judgment and provided counsel for defendant Norman Seabrook ("Seabrook") and Susan Seabrook with a receipt; and

WHEREAS the Government has identified other materials seized from Seabrook's home on the same date and does not oppose their return to Seabrook;

IT IS HEREBY agreed, by and between the United States of America, Damian Williams, United States Attorney, by Assistant United States Attorney Jarrod L. Schaeffer, on the one hand; and defendant Norman Seabrook and movant Susan Seabrook, by their attorney, Roger Bennet Adler, Esq., on the other hand, that:

1. The Government shall return to Seabrook the following items that were seized on or about June 8, 2016 from Seabrook's home pursuant to a judicially authorized warrant:

   a. Ten pairs of Ferragamo shoes;

1

b. Bundles of cash numbering (1) $5,600; and (2) $1,000; as identified in the Court's memorandum opinion, and certain other quantities of cash totaling $1,100 whose return Seabrook had not sought in his motion which the Government consents to return;

c. A laptop, a cellular phone, and certain other devices whose return Seabrook had not sought in his motion, but which the Government consents to return;

d. Certain other personal items and effects, such as documents, whose return Seabrook had not sought in his motion, but which the Government consents to return.

2. In accordance with the Court's order in its memorandum opinion, the Ferragamo bag seized from Seabrook's house during the search will not be returned to him.

Dated: New York, New York
June 29, 2023

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: *Jarrod L. Schaeffer*
Jarrod L. Schaeffer
Assistant United States Attorney

*[signature]*
Roger Bennet Adler, Esq.
Attorney for Defendant Norman Seabrook and Movant Susan Seabrook

SO ORDERED.

*[signature]*
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
June 29, 2023

2