UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

UNITED STATES OF AMERICA,

-against-

NORMAN SEABROOK,

                      Defendant.

------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

16 Cr. 467 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Court, having received the Defendant's motion for reduction in sentence, pursuant to 18 U.S.C. § 3582(c)(2), the Government shall respond by September 23, 2025. Defendant shall submit his reply by October 3, 2025.

      SO ORDERED.

Dated:    September __, 2025
             New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

1