UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

     -against-

NORMAN SEABROOK,

                    Defendant.

------------------------------------------------------------- X

**ORDER DENYING DEFENDANT MOTION FOR RECUSAL**

16 Cr. 467 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Defendant Norman Seabrook moves for my recusal. In light of the complexities of this case, and the pending appeal, I deny the motion, with leave to renew after the Court of Appeals issues its mandate.

       I have no bias for or against Seabrook. However, in light of my prior recusal for related parties, I am willing to reconsider the motion after the mandate is issued by the Court of Appeals.

       Defendant Seabrook's motion for recusal is denied with leave to refile after the Court of Appeals has issued its mandate. The Clerk shall terminate ECF No. 470.

       SO ORDERED.

Dated:      October **27** 2025
             New York, New York

                                 ALVIN K. HELLERSTEIN
                                 United States District Judge