UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
UNITED STATES OF AMERICA,  : **ORDER DENYING MOTION**
 : **FOR RESENTENCING**
 -against-  :
 : 16 Cr. 467 (AKH)
NORMAN SEABROOK,  :
 :
 Defendant.  :
 :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

Defendant Norman Seabrook was retried and convicted of honest services wire fraud (18 U.S.C. § 1349) and conspiracy to commit that offense (18 U.S.C. §§ 1343, 1346). *See* ECF No. 459. I sentenced Seabrook to 58 months incarceration and $19 million restitution, payable at 10% of his net income. See ECF No. 469. The Second Circuit affirmed. *See United States v. Seabrook*, 814 F. App'x 661 (2d Cir. 2020). Thereafter, Seabrook petitioned to vacate his convictions, which I subsequently denied. *See* ECF Nos 436, 450. Seabrook then moved to reduce the custodial aspects of his sentence, citing undue disparities between himself and his co-conspirators. *See* ECF No. 248. I granted his motion and entered a sentence of time served after Seabrook had completed about 22 months of his original 58-month custodial sentence, maintaining Seabrook's conditions of supervised release as originally imposed. *See* ECF Nos. 459, 467. The Government appealed my grant of compassionate release; the Court of Appeals heard arguments on October 28, 2025, and its decision is pending.

While Seabrook's appeal was pending, he again moved for resentencing pursuant to 18 U.S.C. § 3582(c)(2), Sentencing Guideline 4 C 1.1, and U.S. Sentencing Commission Amendment 821, arguing that resentencing was appropriate because he was a first-time offender,

1

convicted of a non-violent crime, and who had zero criminal history points when he was sentenced Seabrooks first-time offender status. *See* ECF No. 467. I deny the motion.

## DISCUSSION

In light of the pending appeal, barring exceptions that are not applicable, I lack jurisdiction to grant a pending motion for relief touching upon the matters on appeal. *See Ching v. United States*, 298 F.3d 174, 180 n.5 (2d Cir. 2002); *United States v. Martin*, No. 18 Cr. 834 (PAE), 2020 WL 1819961 at *1-2 (S.D.N.Y. Apr. 10, 2020). I therefore deny his motion, with leave to refile after the mandate of the Court of Appeals is issued.

## CONCLUSION

Defendant's motion for resentencing is denied. The Clerk of Court shall terminate the open motion at ECF No. 467.

    SO ORDERED.

Dated:    October 27, 2025
             New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge