UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NORMAN SEABROOK,

Defendant.

16 Cr. 467 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The above-captioned case has been reassigned to this Court for purposes of implementing the mandate of the United States Court of Appeals for the Second Circuit. (*See* Dkt. #474). It is hereby ORDERED that the parties shall submit a joint letter on or before **January 23, 2026**, explaining whether a conference is necessary and how the Court should, as the Second Circuit directed, reinstate the previous sentence imposed on Defendant Norman Seabrook.

SO ORDERED.

Dated:   January 8, 2026
         New York, New York

KATHERINE POLK FAILLA
United States District Judge