UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NORMAN SEABROOK,

Defendant.

16 Cr. 467 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

In light of the Second Circuit's mandate (Dkt. #474), which directs the Court to reinstate "the sentence previously imposed on [Defendant Norman] Seabrook," as well as Mr. Seabrook's subsequently filed motion for resentencing under 18 U.S.C. § 3582(c)(2) (Dkt. #476), the parties are hereby ORDERED to appear for a conference on **March 19, 2026**, at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The Court will execute the Second Circuit's mandate and resolve the issues raised in Mr. Seabrook's Section 3582(c)(2) motion at the conference.

The Court does not seek or welcome additional sentencing submissions.

SO ORDERED.

Dated:    March 3, 2026
         New York, New York

KATHERINE POLK FAILLA
United States District Judge